UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jammari Reid                    Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __Jammari Reid__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__/s/ with consent__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Jammari Reid__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__Megan Benett__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__12-2-2020__
Date

__[signature] Katharine H. Parker__
U.S. District Judge/U.S. Magistrate Judge